UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCOMA CHIROPRACTIC, P.A., a
Florida corporation, individually and
as the representative of a class of
similarly-situated persons

      Plaintiff,

v.    Case No: 2:17-cv-24-FtM-38CM

JACKSON HEWITT INC.,
JACKSON HEWITT
TECHNOLOGY SERVICES LLC,
ASTRO TAX SERVICES LLC and
JOHN DOES 1-5,

      Defendants.

## ORDER

This matter comes before the Court upon review of Defendants, Jackson Hewitt, Inc. and Jackson Hewitt Technology Services, LLC's Unopposed Motion for Extension of Time to Respond to Complaint (Doc. 15) and Plaintiff's Unopposed Motion to Conduct Rule 26(F) Conference Telephonically (Doc. 18) filed on February 7, 2017. Defendants Jackson Hewitt, Inc. and Jackson Hewitt Technology Services, LLC's ("Defendants") current deadline to respond to Plaintiff's Complaint is February 9, 2017. Doc. 15 at 1. Defendants request a sixty-day extension of time to respond to the Complaint so they can investigate the factual allegations, review internal documents, and evaluate the claims and defenses that may be available. *Id.* at 2. Plaintiff does not object to the extension sought, and the Court finds good cause to grant the extension.

Plaintiff requests that the parties be permitted to conduct the Rule 26(f) conference telephonically because Plaintiff's counsel is located in Chicago, Illinois and Defendants' counsel is located in West Palm Beach, Florida. Doc. 18 at 1. The Court will grant this request. The parties are reminded, however, that notwithstanding the enlargement of time for Defendants to respond to the Complaint, the parties must comply with the timing requirements for conducting their Rule 26(f) conference and filing their case management report as set forth in the Related Case Order and Track Two Notice (Doc. 8).

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendants, Jackson Hewitt, Inc. and Jackson Hewitt Technology Services, LLC's Unopposed Motion for Extension of Time to Respond to Complaint (Doc. 15) is **GRANTED**. Defendants Jackson Hewitt, Inc. and Jackson Hewitt Technology Services, LLC's shall have **up to and including March 20, 2017** to respond to Plaintiff's Complaint.

2. Plaintiff's Unopposed Motion to Conduct Rule 26(F) Conference Telephonically (Doc. 18) is **GRANTED**

**DONE** and **ORDERED** in Fort Myers, Florida on this 8th day of February, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies: Counsel of record